# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. CESAR MUNOZ-HERNANDEZ, Defendant. | Case No. 19-CR-2775 WQH<br><br>**JUDGMENT AND ORDER DISMISSING INFORMATION WITHOUT PREJUDICE**<br><br>The Honorable William Q. Hayes |

Based on the motion of the United States to dismiss this case without prejudice, and in light of the interests of justice, it is hereby ordered that the information in the above-entitled action be dismissed without prejudice.

**SO ORDERED.**

Dated: September 13, 2019

Hon. William Q. Hayes
United States District Court